IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | } | Case No. 3:17-bk-01371 |
| KYRESHIA SHAW | } | |
| | } | Chapter 13 |
| SSN: xxx-xx-2159 | } | |
| | } | |
| Debtor | } | |

## NOTICE OF NEW MAILING ADDRESS FOR DEBTOR

COMES NOW the Debtor, and would give notice of a new mailing address as follows:

KYRESHIA SHAW
285 North Rutherford BLVD
APT. M-203
Murfreesboro, TN 37130

Respectfully submitted,

*/s/ James A. Flexer*
JAMES A. FLEXER, BPR #9447
Attorney for Debtor
1900 Church Street, Suite 400
Nashville, TN 37203
(615) 255-2893
fax: (615) 242 8849
cm-ecf@jamesflexerconsumerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2017, I furnished a true and correct copy of the foregoing to the following parties in interest:

Henry E. Hildebrand, III                              Electronic
Chapter 13 Trustee
PO Box 340019
Nashville, TN 37203

Sam Crocker, U.S. Trustee                          Electronic
318 Customs House, 701 Broadway
Nashville, TN 37203

And to the above listed debtor. I have sent out 3 notices.

*/s/ James A. Flexer*
James A Flexer